IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TIME INSURANCE COMPANY II, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-00610-JKP |
| vs. | § § § | |
| JEANENE BAHAMONDE, RAMONA DE HOYOS, | § § § § | |
| *Defendants.* | § § | |

### ORDER

Before the Court in the above-styled cause of action is the parties' Joint Motion for Entry of Settlement and for Disbursement of Funds Paid into the Registry of Court [#23]. The Court held a conference in this case on this day, at which the parties confirmed the settlement of all claims in this action and requested the Court approve the settlement. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Entry of Settlement and for Disbursement of Funds Paid into the Registry of Court [#23] is **GRANTED**.

**IT IS FURTHER ORDERED** that the District Clerk is ordered to disburse $10,000.00 of the funds held in the registry of the court in Case No. 5:19-cv-00610 to Defendant Ramona De Hoyos's attorney of record, Jeremy Gilbreath of the Gilbreath Law Firm, and to disburse all remaining moneys held in the registry of the court in Case No. 5:19-cv-00610 to Defendant Jeanene Bahamonde's attorney of record, Brett T. Reynolds of Brett Reynolds & Associates.

**IT IS FINALLY ORDERED** that the parties file a joint motion to dismiss so that the District Court may dismiss this action from its docket. If the parties wish for the dismissal to be

handled by the undersigned, they should also file an advisory consenting to U.S. Magistrate jurisdiction, which must be signed by **all** parties for the case to be able to be reassigned.

SIGNED this 30th day of October, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE