IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TIME INSURANCE COMPANY II, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00610-JKP |
| vs. | § § § | |
| JEANENE BAHAMONDE, RAMONA DE HOYOS, | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is the Parties' Consent to Magistrate and Joint Motion for Dismissal [#30], by which the parties attempt to consent to the jurisdiction of a United States Magistrate Judge and ask the Court to dismiss this action due to a settlement. However, the filing is only signed by attorneys for Defendants. As all parties have neither consented to the jurisdiction of a Magistrate Judge nor jointly moved for the dismissal of this action,

**IT IS THEREFORE ORDERED** that the parties submit a reviewed motion for dismissal on or before **February 4, 2020**.

SIGNED this 28th day of January, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1