IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TIME INSURANCE COMPANY II, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-00610-JKP |
| vs. | § § § | |
| JEANENE BAHAMONDE, RAMONA DE HOYOS, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. On January 28, 2020, the Court entered an Order directing the parties to submit a revised motion for dismissal on or before February 4, 2020. The Order was entered in error. Accordingly,

**IT IS HEREBY ORDERED** that the Court's Order [#31] is hereby **WITHDRAWN**.

SIGNED this 30th day of January, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1